JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| J JESUS MENDEZ GARCIA, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>LEOVY GONZALEZ, an individual; VEHICLE MANAGER, UNITED STATES "US" ARMY; UNITED STATES OF AMERICA; DOE OWNER I-V; DOE DRIVER I-V; ROE OWNER I-V; ROE EMPLOYER I-V; DOES I-V; and ROES I-V; inclusive, jointly and severally,<br><br>        Defendants. | Case No. 2:22-cv-01652-JCM-VCF<br><br>**Stipulation to Extend United States' Answer Deadline**<br><br>**(First Request)** |

      Plaintiff J Jesus Mendez Garcia and Defendant United States of America by and through counsel undersigned, stipulate as follows:

      1.    Plaintiff filed his Complaint September 30, 2022.

      2.    Plaintiff served the United States Attorney's Office with a copy of the Summons and Complaint on November 9, 2022.

      3.    The current deadline for the United States to answer or otherwise respond is January 9, 2023.

      4.    The parties agree that the United States shall have 30 additional days to file an answer or other responsive pleading. The parties request this additional time to allow the United States to complete its investigation of the case.

5. This stipulation is made in good faith and not for the purpose of delay. Therefore, the parties request that the Court extend the deadline for the United States to answer or otherwise respond by 30 days to February 8, 2023.

Respectfully submitted this 9th day of January 2023.

| | |
|---|---|
| BIGHORN LAW | JASON M. FRIERSON<br>United States Attorney |
| /s/ Janet Merrill<br>JANET MERRILL<br>*Attorney for Plaintiff* | /s/ Stephen R. Hanson II<br>STEPHEN R. HANSON II<br>Assistant United States Attorney |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-9-2023